MICHAEL C. BAUM (SBN 65158)
E-Mail: mbaum@rpblaw.com
ANDREW V. JABLON (SBN 199083)
E-Mail: ajablon@rpblaw.com
MICHAEL E. BYERTS (SBN 218946)
E-Mail: mbyerts@rpblaw.com
RESCH POLSTER & BERGER LLP
1840 Century Park East, 17th Floor
Los Angeles, California 90067
Telephone: 310-277-8300
Facsimile: 310-552-3209

Attorneys for Defendants Simon Barlava
and Carla Ridge, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOWARD L. ABSELET, an individual and derivatively on behalf of ROOSEVELT LOFTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LEVENE, NEALE, BENDER, YOO & BRILL, LLP, a California limited liability partnership; ROOSEVELT LOFTS, INC., a California corporation; SIMON BARLAVA, an individual; CARLA RIDGE, LLC, a California limited liability company; HAMID JOSEPH NOURMAND, an individual; DORIS MORADZADEH, an individual; DESERT FIELD, LLC, a California limited liability company; LEON NEMAN, individually and as trustee of LEON & FIROOZEH NEMAN FAMILY TRUST; JOHN NEMAN, individually and as trustee of JOHN & DEVORA NEMAN FAMILY TRUST; YOEL NEMAN, individually and as trustee of YOEL & MONIA NEMAN FAMILY TRUST; FNC-OKC I, LLC, an Oklahoma limited liability company; JOSHUA PARADISE HOLDINGS, LLC, a California limited liability company; FNC-OKC II, LLC, an Oklahoma limited liability company; HUDSON LABOR SOLUTIONS, INC., a California corporation; | Case No. 2:16-cv-06263-JFW-JEM <br><br> **NOTICE OF WITHDRAWAL OF DOCUMENT NO. 119, DECLARATION IN SUPPORT OF JOINT STIPULATION RE PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** <br><br> Discovery Cutoff: September 25, 2017 <br><br> Pretrial Conference: November 17, 2017 <br><br> Trial Date: December 12, 2017 |

556962.1

| | |
|---|---|
| RODNEY YASHOUAFAR, an individual; RAYMOND YASHOUAFAR, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |
| and | |
| ROOSEVELT LOFTS, INC., a California corporation, | |
| Nominal defendant. | |

**TO ALL PARTIES, CLERKS, AND THIS HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Defendants Simon Barlava and Carla Ridge, LLC, hereby withdraws the filing of Declaration In Support Of Joint Stipulation Re Plaintiff's Motion For Protective Order filed on March 16, 2017 and listed as U.S.D.C. Docket No. 119.  A corrected Declaration will be filed forthwith.

DATED:  March 20, 2017            RESCH POLSTER & BERGER LLP

By: _____/S/_____
ANDREW V. JABLON
Attorneys for Defendants Simon Barlava and Carla Ridge, LLC

556962.1                           2