UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOWARD L. ABSELET, an individual and derivatively on behalf of ROOSEVELT LOFTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LEVENE NEALE BENDER YOO & BRILL, LLP, et al. <br><br> Defendants. <br><br> And <br><br> ROOSEVELT LOFTS, INC., a California corporation, <br><br> Nominal defendant <br><br> LEVENE NEALE BENDER YOO & BRILL, LLP, a California limited liability partnership, <br><br> Counterclaimant and Crossclaimant, <br><br> vs. <br><br> HOWARD L. ABSELET, an individual, et al. | Case No. 2:16-CV-06263 JFW (JEMx) <br><br> **SECOND AMENDED [PROPOSED] JUDGMENT ON PLAINTIFF'S FIRST THROUGH SIXTH AND EIGHTH CLAIMS FOR RELIEF AGAINST DEFENDANT LEVENE NEALE BENDER YOO & BRILL, LLP** |

1
2     Counterclaim and
      Crossclaim Defendants.
3
4
5
...
28

# JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that:

Pursuant to the Court's "Civil Minutes – General – (In Chambers) Order Granting Plaintiff Howard L. Abselet's Motion for Partial Summary Judgment Against Levene Neale Bender Yoo & Brill, LLP [filed 9/15/17; Docket No. 221]" (Dkt. No. 382), Plaintiff Howard L. Abselet ("Plaintiff") shall have final judgment against Levene Neale Bender Yoo & Brill, LLP ("LNBYB") on Plaintiff's Fourth Claim for Relief for Breach of Contract in the amount of $1,708,362.05 ($1,125,000 in breach of contract damages plus $583,362.50 in prejudgment interest as well as prejudgment interest running from October 16, 2017 and the date of entry of judgment at the daily rate of $308.16).

Pursuant to the Court's "Civil Minutes – General – (In Chambers) Order Granting Plaintiff Howard L. Abselet's Motion for Partial Summary Judgment Against Levene Neale Bender Yoo & Brill, LLP [filed 5/18/17; Docket No. 137]" (Dkt. No. 202), and a Stipulation of the Parties, LNBYB shall have final judgment against Plaintiff on Plaintiff's First Claim for Declaratory Relief, Second Claim for Statutory Actual Fraudulent Transfers, Third Claim for Common Law Actual Fraudulent Transfers, Fifth Claim for Conversion, Sixth Claim for Money Had and Received and Eighth Claim for Fraudulent Transfers – Shareholder derivative, with each party to bear its or his own costs and attorneys' fees.

DATED: _____ 2017

_____
Honorable John F. Walter
Judge, United States District Court