HALL, ESTILL, HARDWICK, GABLE, GOLDEN &
NELSON, P.C.
Larry G. Ball, Oklahoma Bar No. 12205
lball@hallestill.com
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone: (405) 553-2828
Facsimile: (405) 553-2855

ALLEN MATKINS LECK GAMBLE MALLORY &
NATSIS, LLP
Marissa M. Dennis, Bar No. 245027
Jennifer C. Shakouri, Bar No. 252373
mdennis@allenmatkins.com
jshakouri@allenmatkins.com
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Telephone: (213) 622-5555
Facsimile: (213) 620-8816

Attorneys for Defendants
Leon Neman, individually and as trustee of the Leon and
Firoozeh Neman Family Trust; John Neman, individually
and as trustee of the John & Devora Neman Family Trust;
Yoel Neman, Individually and as trustee of the Yoel and
Monia Neman Family Trust; FNC-OKC I, LLC; FNC-OKC
II, LLC; and Joshua Paradise Holdings, LLC

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Howard L. Abselet, an individual and derivatively on behalf of Roosevelt Lofts, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Levene, Neale, Bender, Yoo & Brill, LLP, a California limited liability partnership; et al.,<br><br>Defendants. | Case No. 2:16-cv-06263-JFW-JEM<br><br>Assigned to Hon. John F. Walter<br><br>Date: October 16, 2017<br>Time: 1:30 PM<br>Courtroom: 7A<br><br>**JUDGMENT JOINTLY SUBMITTED BY PLAINTIFF AND DEFENDANTS LEON NEMAN, INDIVIDUALLY AND AS TRUSTEE OF THE LEON AND FIROOZEH NEMAN FAMILY TRUST; JOHN NEMAN, INDIVIDUALLY AND AS TRUSTEE OF THE JOHN & DEVORA NEMAN FAMILY TRUST; YOEL NEMAN, INDIVIDUALLY AND AS TRUSTEE OF THE YOEL AND MONIA NEMAN FAMILY TRUST; FNC-OKC I, LLC; FNC-OKC II, LLC; AND JOSHUA PARADISE HOLDINGS, LLC** |

HALL, ESTILL,
HARDWICK, GABLE,
GOLDEN & NELSON,
P.C.
ATTORNEYS AT LAW

1577055.1:000252:00001

JOINT JUDGMENT

## **JUDGMENT**

IT IS ORDERED, ADJUDGED AND DECREED:

Pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment [Dkt. No. 277], the Stipulation re Entry of Judgment for Leon Neman, individually and as trustee of the Leon and Firoozeh Neman Family Trust; John Neman, individually and as trustee of the John & Devora Neman Family Trust; Yoel Neman, individually and as trustee of the Yoel and Monia Neman Family Trust; FNC-OKC I, LLC; FNC-OKC II, LLC; and Joshua Paradise Holdings, LLC (collectively, "Neman Defendants") filed by Plaintiff [Dkt. No. 273], and FED. R. CIV. P. Rule 54(b), the Neman Defendants shall have final judgment against the Plaintiff and for the Neman Defendants only on all claims brought by Plaintiff against the Neman Defendants in this action, as there is no just reason for delay.

DATED: March 16, 2018

_____
Honorable John F. Walter
Judge, United States District Court