UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOWARD L. ABSELET, an individual and derivatively on behalf of ROOSEVELT LOFTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LEVENE NEALE BENDER YOO & BRILL, LLP, et al. <br><br> Defendants. <br><br> And <br><br> ROOSEVELT LOFTS, INC., a California corporation, <br><br> Nominal defendant <br><br> LEVENE NEALE BENDER YOO & BRILL, LLP, a California limited liability partnership, <br><br> Counterclaimant and Crossclaimant, <br><br> vs. <br><br> HOWARD L. ABSELET, an individual, et al. <br><br> Counterclaim and Crossclaim Defendants. | Case No. 2:16-CV-06263 JFW (JEMx) <br><br> **JOINT JUDGMENT ON PLAINTIFF'S SEVENTH CLAIM FOR INTERFERENCE WITH CONTRACT AGAINST DEFENDANTS RAYMOND YASHOUAFAR, RODNEY YASHOUAFAR AND HUDSON LABOR SOLUTIONS, INC.** |

# **JUDGMENT**

IT IS ORDERED, ADJUDGED AND DECREED that:

Defendants Raymond Yashouafar, Rodney Yashouafar and Hudson Labor Solutions, Inc. shall pay to Plaintiff Howard L. Abselet the sum of $300,000 plus prejudgment interest of $186,325.37, calculated through June 4, 2018 at the applicable rate of 10% per annum plus any prejudgment interest accrued at the same applicable rate after June 4, 2018 until entry by the Court of this judgment, plus any post judgment interest accrued at the applicable federal rate.

DATED: June 28, 2018

_____
Honorable John F. Walter
Judge, United States District Court