WHEN RECORDED MAIL TO:

Andrew F. Kim, Esq. (SBN 156533)
Rebecca J. Riley, Esq. (SBN 139085)
9018 Balboa Boulevard, # 552
Northridge CA 91325
Telephone: 818 216 5288; Facsimile: 818 993 3012
Attorneys for Plaintiff Howard L. Abselet

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD L. ABSELET, an individual and derivatively on behalf of ROOSEVELT LOFTS, INC. <br><br> PLAINTIFF(S), <br> v. <br><br> LEVENE NEALE BENDER YOO & BRILL, LLP., a California limited partnership, et al., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 2:16-CV-06263 JFW (JEMx) <br><br> ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on June 28, 2018 in favor of Plaintiff Howard L. Abselet

whose address is c/o Andrew F. Kim, Esq. P.C., 9018 Balboa Boulevard, #552, Northridge, CA 91325

and against Defendant Raymond Yashouafar

whose last known address is 10445 Wilshire Boulevard, Apt. 702, Los Angeles, CA 90024

for $ 300,000     Principal, $ 186,325.37     Interest, $ 0     Costs, and $ 0     Attorney Fees.

ATTESTED this **30TH** day of **October**, 2018.

Judgment debtor's driver's license no. and state;          (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number;          (last 4 digits) ☑ Unknown.

☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends

Judgment debtor's attorney's name and address and/or address at which summons was served:

Boris Treyzon, Esq./Ann Goodman, Esq.
Abir Cohen Treyzon Salo, LLP
1901 Ave. of the Stars, Suite 935, L.A., CA 90067

CLERK, U.S. DISTRICT COURT

By _____
      Deputy Clerk

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                    ABSTRACT OF JUDGMENT/ORDER