Andrew F. Kim (SBN 156533)
akim@afklaw.com
Law Office of Andrew F. Kim, Esq. P.C.
9018 Balboa Boulevard, Suite 552
Northridge, CA 91325
Telephone: (818) 216-5288

Henry S. David (SBN 89297)
hdavid@davidfirm.com
THE DAVID FIRM®
617 W. 7th St., Suite 702
Los Angeles, CA 90017
Telephone: 213.550.4020

Attorneys for Plaintiff
HOWARD L. ABSELET

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOWARD L. ABSELET, an individual and derivatively on behalf of ROOSEVELT LOFTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LEVENE NEALE BENDER YOO & BRILL, LLP, et al. <br><br> Defendants. <br><br> And <br><br> ROOSEVELT LOFTS, INC., a California corporation, <br><br> Nominal defendant | Case No. 2:16-CV-06263 JFW (JEMx) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** <br><br> Action Filed: August 28, 2016 <br><br> Discovery Cutoff: September 25, 2017 <br><br> Pretrial Conference: September 11, 2020 <br><br> Trial Date: September 29, 2020 |
| LEVENE NEALE BENDER YOO & BRILL, LLP, a California limited liability partnership, <br><br> Counterclaimant and Crossclaimant, <br><br> vs. <br><br> HOWARD L. ABSELET, an individual, et al. <br><br> Counterclaim and Crossclaim Defendants.. | |

1

[PROPOSED] ORDER ON STIPULATION RE DISMISSAL PURSUANT TO SETTLEMENT

**ORDER**

The Court, having reviewed and considered the Joint Stipulation Of Plaintiff Howard L. Abselet And Defendants Raymond Yashouafar, Rodney Yashouafar and Hudson Labor Solutions, Inc. For Dismissal With Prejudice Of Action Pursuant To Settlement and Federal Rules of Civil Procedure 41(a), finding good cause therefor, ORDERS that:

Pursuant to Federal Rule of Civil Procedure 41(a), the action is hereby dismissed with prejudice. Each party will bear its or his own costs, expenses and fees.

DATED: September 10, 2020

By: _____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2
ORDER ON STIPULATION RE DISMISSAL PURSUANT TO SETTLEMENT